IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:00-cv-491 ) |
| DAVID R. STINSON, et al., | ) ) |
| Defendants. | ) |

## DISPOSITION ORDER TO WEATHERFORD INTERNATIONAL, INC.

The Court, having reviewed the United States' motion for a disposition order directing garnishee Weatherford International, Inc. to turn over a portion of the semi-monthly wages it pays to judgment debtor Joyce H. Stinson finds that Weatherford pays semi-monthly wages to Joyce H. Stinson; the distributions are subject to garnishment to satisfy Joyce H. Stinson's debt to the United States; Joyce H. Stinson has not raised cognizable objections to the garnishment; and the motion should be granted. Accordingly, it is

ORDERED that the United States' motion for a disposition order is GRANTED;

ORDERED that Weatherford shall withhold 25% of Joyce H. Stinson's wages from each payment, and within 10 business days, shall pay over the withheld sum to the United States on a continuing basis until the garnishment terminates in accordance with 28 U.S.C. § 3205(c)(10);

ORDERED that Joyce H. Stinson's wages shall be calculated with reference to only those deductions required by law in accordance with 28 U.S.C. § 3002(5), and shall

not include deductions for any other purpose, such as but not limited to: 401(k) contributions, insurance, commuter transit or parking benefits, or flexible spending accounts.

ORDERED that Weatherford's duty under this order to pay over a portion of Joyce H. Stinson's distributions shall begin the first full pay period after it receives a copy of this order;

ORDERED that the United States shall serve this order on Joyce H. Stinson and Weatherford and shall electronically file a certificate of service; and

ORDERED that the United States shall account to Joyce H. Stinson and Weatherford International, Inc. in accordance with 28 U.S.C. § 3205(c)(9).

DATE:

_____
CHIEF UNITED STATES DISTRICT JUDGE

3/11/11